Exhibit A

## LOAN AGREEMENT

1.  NORTHERN WIND, INC. of 16 Hassey Street, New Bedford, Massachusetts ("the Lender") hereby agrees to loan One Hundred Thirty Thousand ($130,000) Dollars to SETH D. WAHLSTROM, of 5970 Route Six, Eastham, Massachusetts ("the Borrower").

2.  On or before three years from the date this Loan Agreement is executed, the Borrower agrees to pay back the Lender, in principal and interest, the total sum of One Hundred Forty Seven Thousand ($147,000) Dollars.

3.  To accomplish this repayment, Borrower agrees to make monthly payments to the Lender of Four Thousand Seventy ($4,070) Dollars. Payments shall be due on the first day of each month, beginning August 1, 2003 and continuing until the loan is fully repaid.

4.  To further assist the Borrower in paying down the principal and interest owed to the Lender, in addition to the monthly payments described in Paragraph 3, the Borrower agrees that the Lender will hold back and credit the Borrower's loan account a total of Two ($2.00) Dollars for each bushel of Surf Clams the Lender sells to the Borrower. To finance this loan account, the Borrower agrees that the Lender may withhold Two ($2.00) of the Eighteen ($18.00) price for each bushel of Surf Clams sold to the Lender. Once this loan account accumulates to the point that it equals the total amount of principal and interest that remains due and owing, the loan will be considered fully paid back.

5.  Once the loan has been fully repaid, the Borrower will no longer hold back any additional money related to the Surf Clam sales and the Borrower promises to execute the documents necessary to affirm that the loan has been fully repaid.

6.  The Borrower agrees that the Lender has a security interest in the vessel F/V Northern Wind, formerly known as Miss Kara. The Borrower further agrees that the Lender may record a First Preferred Ship's Mortgage to protect its interest in the F/V Northern Wind, formerly known as Miss Kara (Coast Guard #620851). The Borrower also promises to maintain insurance on the F/V Northern Wind, formerly known as Miss Kara, sufficient to pay back the Lender in full (principal and interest) should anything happen to the boat. The Borrower agrees that the Lender shall be named as a secured lender on the boat's insurance policy and that the insurance policy will require notification to the Lender before the policy may be canceled or suspended.

Dated at New Bedford, Massachusetts, this 17 day of June 2003.

By _____
SETH D. WAHLSTROM
"Borrower"

By _____
NORTHERN WIND, INC.
Michael Fernandes, President
"Lender"