Exhibit B

## PROMISSORY NOTE

For value received, the undersigned, SETH D. WAHLSTROM, of 5970 Route Six, Eastham, Massachusetts ("the Borrower"), promises to pay to NORTHERN WIND, INC., of 16 Hassey Street, New Bedford, Massachusetts ("the Lender") on or before three years from the date this note is executed the total sum of One Hundred Forty Seven Thousand ($147,000) Dollars. This amount includes all of the principal and interest due on this three year note. Payments are to be made in accordance with the Loan Agreement executed in conjunction with this note. If the Borrower fails to pay this note in full within three years of the date this note is executed, interest will begin accruing at the rate of twelve (12%) percent per annum for all amounts that remain due and owing on the note. Borrower agrees that the F/V Northern Wind, formerly known as Miss Kara (Coast Guard #620851), shall serve as collateral for this note; and that if the Borrower should sell or refinance the F/V Northern Wind, formerly known as Miss Kara, that all amounts owed under this note shall become due and payable immediately.

In the event of any default hereunder, the Borrower shall pay all costs of collection including without limitation reasonable attorney's fees.

The Borrower waives presentment and notice of dishonor. In the case of the sale of the subject vessel demand is hereby waived.

Dated at New Bedford, Massachusetts, this   /7   day of June   2003.

By _____
SETH D. WAHLSTROM

The within obligation is secured by a First Preferred Ship's Mortgage in the vessel F/V Northern Wind, formerly known as Miss Kara (Coast Guard #620851)