UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------x
NORTHERN WIND, INC.,                    :     **04 12143 RWZ**
                                        :
         Plaintiff,                     :
                                        :
v.                                      :     C. A. No.
                                        :
F/V NORTHERN WIND (O.N. 620851),        :
her engines, tackle, apparel, appurtenances, :
etc., *in rem*, and SETH D. WAHLSTROM,  :
*in personam*,                          :     **ORDER FOR THE**
                                        :     **ARREST DEFENDANT VESSEL**
         Defendants.                    :     **IN ADMIRALTY**
                                        :
---------------------------------------------------x

This Court has reviewed the Verified Complaint, *Ex Parte Motion for In Rem* Arrest and supporting papers filed by plaintiff in the above-captioned matter. Upon consideration thereof, this Court has determined that the conditions for an *in rem* arrest pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist. Accordingly, it is hereby:

**ORDERED**, that the Clerk shall issue forthwith a *In Rem* Warrant of Maritime Arrest for defendant vessel, F/V NORTHERN WIND (O.N. No. 620851), and to all its components, together with all engines, machinery, tackle, apparel, appurtenances, including, but not limited to, its commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, privileges, or entitlements arising from, issued to, attaching to, or appurtenant to said Vessel, (hereinafter referred to as "Vessel") directing the United States Marshal to proceed with all deliberate speed and arrest said Vessel which is located at the Town Wharf in Hyannis, Massachusetts.

*ORDERED*, that any person claiming an interest in said Vessel pursuant to this Order shall upon application to this Court and notice to plaintiff, or its attorney, be entitled to a prompt hearing at which plaintiff shall be required to show cause why the arrest should not be vacated or other relief granted; it is further

*ORDERED*, that the United States Marshal shall attach and serve a copy of this Order with the *In Rem* Warrant of Maritime Arrest upon defendant Vessel; and it is further

*ORDERED*, that plaintiff's counsel shall serve a copy this Order, together with the Summons, Verified Complaint, and *In Rem* Warrant of Maritime Arrest upon the owner of the Vessel.

Dated at Boston, Massachusetts on this 17th day of October, 2004.

_____
United States District Judge