UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
                                              :
NORTHERN WIND, INC.,                          :
                                              :
                Plaintiff,                    :
                                              :
v.                                            :    C. A. No. 04-12143RWZ
                                              :
F/V NORTHERN WIND (O.N. 620851),              :
her engines, tackle, apparel, appurtenances,  :
etc., in rem, and SETH D. WAHLSTROM,          :    AFFIDAVIT OF NOTICE
in personam,                                  :    OF ACTION AND ARREST
                                              :    TO VESSEL OWNER
                Defendants.                   :
                                              :    IN ADMIRALTY
-------------------------------------------------------x
```

TO THE CLERK OF THE ABOVE-NAMED COURT:

Norman A. Peloquin, II, being duly sworn, hereby states under the penalty of perjury

pursuant to 28 USC §1746 that:

1.      I am counsel for the plaintiff, Northern Wind, Inc., in the above-captioned action.

2.      On October 15, 2004, pursuant to Rule C(4) of the Supplemental Rules For Certain

        Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, I caused notice

        of this action and arrest of defendant vessel to be sent by certified mail, return receipt

        requested, to the owner of defendant vessel, to wit: Mr. Seth D. Wahlstrom, P.O. Box

        1302, Eastham, Massachusetts 02642.

3.      On October 18, 2004, Mrs. Erica Wahlstrom received the correspondence and a true copy

        of the cover letter and return receipt are attached hereto and marked as **Exhibit A**.

I certify under the penalty of perjury that the foregoing is true and correct on this 19th day

of October, 2004.


/s/ Norman A. Peloquin, II

Norman A. Peloquin II
(BBO Bar No. 550872)
NORMAN A. PELOQUIN, II P.C.
Morad Building, 460 County Street
New Bedford, MA 02740-5107
Tel. (508) 991-2300
Fax (508) 991-8300

Attorney for plaintiff
NORTHERN WIND, INC.

**EXHIBIT A**

LAW OFFICE OF

# NORMAN A. PELOQUIN, II, P.C.

### A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELLORS AT LAW

MORAD BUILDING, 460 COUNTY STREET
NEW BEDFORD, MASSACHUSETTS 02740-5107

NORMAN A. PELOQUIN, II†
MATTHEW A. LYONS ‡
†*ADMITTED IN MA AND RI*
‡*ADMITTED IN MA, NY AND NJ*

TELEPHONE: 508 991.2300
TELECOPIER: 508.991.8300
E-MAIL: peloquin@sealaw.net

October 15, 2004

**Via First Class Mail and
Certified Mail, Return Receipt Requested
7002 0510 0003 7695 5156**
Seth D. Wahlstrom
5970 Route 6
P.O. Box 1302
Eastham, MA 02642

      **Re:**    **Northern Wind, Inc. v. F/V NORTHERN WIND, *et al.*;
              U. S. District Court (Massachusetts), C. A. No. 04-12143RWZ;
              Our File No. 04-259.01.**

Dear Mr. Wahlstrom:

      This office represents Northern Wind, Inc. of New Bedford, Massachusetts. You are hereby notified that our client has commenced the above-referenced action against your vessel, NORTHERN WIND (O.N. 620851), to enforce its preferred mortgage lien. Pursuant to the Order for In Rem Maritime Arrest of Defendant Vessel, dated October 12, 2004, the United States Marshal arrested the vessel at Fairhaven Shipyard and Marina, Inc. in Fairhaven, Massachusetts today, Friday, October 15, 2004. Concurrent with the arrest, the Marshals Service transferred custody of the vessel to the court-appointed substitute custodian, Fairhaven Shipyard and Marina, Inc.

      On behalf of the plaintiff, we are notifying you, as owner of the vessel, of the *in rem* arrest and pendency of the above-referenced action in accordance with Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims. Be advised that you may file a verified claim of ownership pursuant to Supplemental Rule C(6)(b) within ten (10) days after the date of arrest, or within such time as may be allowed by the court. You may thereafter file and serve an answer to the plaintiff's Verified Complaint within twenty (20) days after the filing of your claim.

RHODE ISLAND OFFICE:
16 MAIN ROAD. P.O. BOX 65
ADAMSVILLE, RHODE ISLAND 02801
TEL. 401.635.9100, FAX 401.635 010

**NORMAN A. PELOQUIN, II, P.C.**

Seth D. Wahlstrom
October 15, 2004
Page 2


      As owner of the vessel, you may also redeem possession of the vessel within ten (10) days after the date of arrest by posting security in accordance with Supplemental Rule E(5). If you do not redeem the vessel in the manner set forth therein, the vessel will be condemned and sold by the United States Marshals Service and the proceeds of the sale, if any, will be deposited into the Registry of the District Court to be disposed of according to law. The condemnation and sale of the vessel, if approved by the Court, will extinguish your ownership interest in the vessel.

      We are enclosing copies of the Verified Complaint in this matter, as well as the Order of *In Rem* Maritime Arrest of Defendant Vessel, *In Rem* Warrant of Maritime Arrest, and Order Appointing Substitute Custodian, all dated October 12, 2004.

      As owner of the vessel, you are under severe time constraints. If you wish to consult an attorney, do so immediately!

Very truly yours,

Norman A. Peloquin, II

NAP:jam
Enclosures
cc:    Northern Wind, Inc. (w/o encls.)
       16 Hassey Street
       P.O. Box 40144
       New Bedford, MA 02744
       Attn: Michael T. Fernandes

       Moses, Smith and Mar

