**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | NORTHERN WIND, INC. |
| COURT CASE NUMBER | 04-12143 RWZ |
| DEFENDANT | F/V NORTHERN WIND, et al. |
| TYPE OF PROCESS | IN REM WARRANT |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: F/V NORTHERN WIND

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): TOWN DOCK, HYANNIS, MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Norman A. Peloquin, II P.C.
460 County Street
New Bedford, MA 02740

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

U.S. MARSHAL BOSTON — RECEIVED 2004 OCT 12

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please notify plaintiff's counsel prior to arrest. (Tug must be sent to Hyannis). Please contact the custodian, Fairhaven Shipyard (Ron Fortier or Craig Marx).

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 508-991-2300
DATE: Oct 12, 2004

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 38 | 38 | [signature] | 10/12/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
F/V Northern Wind
Fairhaven Shipyard
Fairhaven, MA

Date of Service: 10/15/04     Time: 11:00 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 135.00 | 53.29 | | 188.29 | | | |

REMARKS: 10/15/04 — Seized vessel "Northern Wind" at Fairhaven Shipyard.
3 hrs

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*IN REM* WARRANT OF MARITIME ARREST          CIVIL ACTION NO.

*THE PRESIDENT OF THE UNITED STATES OF AMERICA:*

To the Marshal of the District of Massachusetts or his deputies:

***GREETINGS:***

WHEREAS, a Verified Complaint in Admiralty has been filed in this Court entitled:

**NORTHERN WIND, INC.,**
**Plaintiff,**

vs.

**F/V NORTHERN WIND, INC. (O.N. No. 620851),**
**Her Engines, Tackle, Apparel, and**
**Appurtenances, Etc., *In Rem*, et al.,**
**Defendants.**

on the 12th of October, 2004, upon an Admiralty and Maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action;

YOU ARE THEREFORE COMMANDED to attach defendant vessel, F/V NORTHERN WIND, INC. (O.N. No. 620851), and to all its components, together with all engines, machinery, tackle, apparel, appurtenances, including, but not limited to, its commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, privileges, or entitlements arising from, issued to, attaching to, or appurtenant to said Vessel, now located within this District at the Town Wharf in Hyannis, Massachusetts, or any other location within the District of Massachusetts, and to detain the same in your custody until further order of the Court respecting same.

Dated at Boston, Massachusetts on this 12th day of October, 2004.

By: _____
    Clerk of Court

By: _____
    Deputy Clerk

Note:  Any claimant of the property seized shall file his/her claim within
       ten(10) days after the Warrant has been executed, and shall serve
       his/her answer within twenty (20) days after filing of the claim.