%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

NORTHERN WIND, INC.,
    Plaintiff,

V.

SETH D. WAHLSTROM, et al.,
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-12143 RWZ

A TRUE COPY ATTEST

10/18/04

DEPUTY SHERIFF

TO: (Name and address of Defendant)

Seth D. Wahlstrom
5970 Route 6
P.O. Box 1302
Eastham, MA  02642

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Norman A. Peloquin, II
Morad Building
460 County Street
New Bedford, MA  02740

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

OCT 12 2004
DATE

(By) DEPUTY CLERK