U.S DISTRICT COURT:   CASE NUMBER:(04 12143 RWZ )

DEAR SIR/MADAM

FILED
IN CLERKS OFFICE

2004 OCT 26  P 2: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

I SETH DAVID WAHLSTROM OF #5970 RT#6 EASTHAM MA.
OWNER OF SAID VESSEL (NORTHERN WIND #620851).
HEREBY ANSWER THE COMPLAINT PUT FORTH THIS COURT,
BY THE PLANTIFF NORTHERNWIND SEAFOODS INC.

NORTHERN WIND SEAFOODS AND MYSELF ENTERED INTO(4)FOUR
SEPERATE CONTRACTS ON THE SEVENTEENTH DAY JUNE 2003.
1. LOAN AGREEMENT

2. PROMISSORY NOTE

3. SALES CONTRACT

4.FIRST PREFERRED SHIP MORTGAGE


TO THE BEST OF MY KNOWLEDGE NORTHERNWIND SEAFOODS HAS NOT,
ONLY BROKEN THE SALES CONTRACT, WHICH STATES A SET
PRICE FOR THE PRODUCT I HARVEST.
THE STATEMENTS AND ALLEGATIONS MADE TO THIS COURT,
BY THE PLANTIFF ARE NOT CORRECT ACCORDING TO MY,
RECORDS.

REGARDING THE MONTHLY PAYMENTS PLEASE SEE ATTACHED COPY,
OF SALES SLIPS ALONG WITH DETAILED EXPLENATION OF MONIES,
WITHELD FROM SALES TO CREDIT MONTHLY MORTGAGE PAYMENTS.

REGARDING  INSURANCE OF SAID VESSEL THE PRESIDENT OF,
NORTHERN WIND SEAFOODS MICHAEL FERNANDES AND MYSELF,
HAD A VERBAL CONTRACT STATING THEY WERE GOING TO SECURE,
AS WELL AS PAY THE INSURANCE OF SAID VESSEL TO WHICH,
THEY WOULD WITHHOLD MONIES FROM PROCEDES OF SALES,
AS WHICH THEY WERE ALL READY DOING WITH SAID MORTGAGE PAYMENTS.


I BORROWED (147,000)ON THE 17TH DAY OF JUNE 2003,
FOR A PERIOD OF THREE YEARS.
NOW ONE YEAR LATER I HAVE ALREADY PAID DOWN THE,
MORTGAGE $70,030 withonly $ 76,970 REMAINING OWED,
IFIND IT HARD TO BELIEVE I AM BEHIND ON MY PAYMENTS.


THANK YOU FOR YOUR TIME AND CONSIDERATION.


                                        SINCERELY,

                                        _Seth D Wahlstrom_ 10/26/04
                                        SETH D. WAHLSTROM

                                        OWNER F/V NORTHERN WIND

AUGUST SALES SLIPS
───────────────────

1.   INVOICE# 95859 DATED 8/02/04
     65 BUSHEL SURF CLAMS  LANDED
     PRICE PAID $5.00 PER BUSHEL
     CHECK AMOUNT $325.00
     CONTRACT PRICE PER BUSHEL $18.00
     PRICE PER BU. TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00($130.00)
     AMOUNT PER BUSHEL WITHHELD TOWARDS CURRENT MONTH $11.00 ($715.00)

2.   INVOICE #96217  dated 08/03/04
     124 BUSHEL SURF CLAMS LANDED
     PRICE PAID $5.00 PER BUSHEL
     CHECK AMOUNT $620.00
     CONTRACT PRICE PER BUSHEL $18.00
     PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF BUSHEL $2.00($248.00)
     AMOUNT PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH $11.00 ($1,364)

3.    INVOICE#96758   DATED 8/11/04
     98 BUSHEL SURF CLAMS LANDED
     PRICE PAID $5.00 PER BUSHEL
     CHECK AMOUNT $490.00
     CONTRACT PRICE PER BUSHEL $18.00
     PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00($196.00)
     PRICE PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH$11.00($1,078)

4.   INVOICE#97212   DATED 8/20/04
     135 BUSHEL SURF CLAMS LANDED
     PRICE PAID PER BUSHEL $10.00
     CHECK AMOUNT $1,350
     CONTRACT PRICE PER BUSHEL $18.00
     PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00($270.00)
     PRICE PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH$6.00 ($810.00)

5.   INVOICE#97284   DATED 8/23/04
     88 BUSHEL SURF CLAMS LANDED
     PRICE PAID PER BUSHEL$12.00
     CHECK AMOUNT$1,056
     CONTRACT PRICE PER BUSHEL $18.00
     PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00($176.00)
     PRICE PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH$4.00($352.00)

6.   INVOICE#(97515) DATED 8/26/04
     215 BUSHEL SURF CLAMS LANDED
     PRICE PAID PER BUSHEL $5.00
     CHECK AMOUNT$1,075
     CONTRACT PRICE PER BUSHEL$18.00
     PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00($430.00)
     PRICE PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH$11.00($2365.00)

     TOTAL MONIES WITHHELD TOWARDS END OF MORTGAGE FOR MONTH OF
     AUGUST 2004 $1450.00

     TOTAL MONIES WITHHELD FOR CURRENT MONTHS MORTGAGE PAYMENT,
     FOR THE MONTH OF AUGUST 2004 $6,684.00

     PLEASE SEE ATTACHED COPYS OF ORIGINAL SALES/PURCHASE ORDER

                                                            S/W

SEPTEMBER SALES SLIPS
_____

1   INVOICE#97951   DATED   9/03/04
    158 BUSHEL SURF CLAMS LANDED
    PRICE PAID $5.00 PER BUSHEL
    CHECK AMOUNT $790.00
    CONTRACT PRICE PER BUSHEL $18.00
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00(316.00)
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH$11.00($1738.00)

2   INVOICE #98198 DATED 9/09/04
    126  BUSHEL SURF CLAMS LANDED
    PRICE PAID$5.00 PER BUSHEL
    CHECK AMOUNT $630.00
    CONTRACT PRICE PER BUSHEL$18.00
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00($252.00)
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH$11.00($1386.00)

3   INVOICE #98473   DATED9/14/04
    108  BUSHEL SURF CLAMS LANDED
    PRICE PAID PER BUSHEL $3.00
    CHECK AMOUNT $324.00
    CONTRACT PRICE PER BUSHEL$18.00
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00($216.00)
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH$13.00($1404.00)

4   INVOICE#98538 DATED 9/17/04
    96   BUSHEL SURF CLAMS LANDED
    PRICE PAID $5.00 PER BUSHEL
    CHECK AMOUNT$ 480.00
    CONTRACT PRICE PER BUSHEL $18.00
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00($192.00)
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH$11.00($1056.00)

5   INVOICE #98760   DATED 9/21/04
    66  BUSHEL SURF CLAMS LANDED
    PRICE PAID $5.00 PER BUSHEL
    CHECK AMOUNT $330.00
    CONTRACT PRICE PER BUSHEL $18.00
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00($132.00)
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH $11.00($726.00)

6   INVOICE #98881   DATED 9/27/04
    14  BUSHEL SOURF CLAMS LANDED
    PRICE PAID $16.00 PER BUSHEL
    CHECK AMOUNT $224.00
    CONTRACT PRICE PER BUSHEL $18.00
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00($28.00)
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH$0.00($0.00)

CONTINUED_____ NEXT PAGE

SEPTEMBER SALES SLIPS
------------------------

7   INVOICE #98880   DATED 9/27/04
    54  BUSHEL SURF CLAMS LANDED
    PRICE PAID$3.00 PER BUSHEL
    CHECK AMOUNT$162.00
    CONTRACT PRICE PER BUSHEL $18.00
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS END OF MORTGAGE$2.00($108.00)
    PRICE PER BUSHEL TO BE WITHHELD TOWARDS CURRENT MONTH$13.00($702.00)



TOTAL MONIES WITHHELD TOWARDS END OF MORTGAGE FOR MONTH OF,
SEPTEMBER   2004   $1,244.00

TOTAL MONIES WITHHELD FOR CURRENT MONTHS MORTGAGE PAYMENT,
FOR THE MONTH OF SEPTEMBER 2004 $ 7,012.00

# Island Wide Marine Agency
Division of WSM Agency, Inc.
**INSURANCE**
3771 Nesconset Hwy. • South Setauket, NY 11720
Suite 212

(631) 444-0700
1-800-635-6097
Fax (631) 444-0044

October 22, 2004

Seth D. Wahlstrom
P.O. Box 1302
Eastham, MA 02642

Re: Marine Insurance Quote
    1980 48' So. Jamesport, NY Built Doc# 620851
    Commercial Fishing Vessel/Surf Clammer

Dear Mr. Wahlstrom:

We are pleased to offer the following quotation for your vessel **"NORTHERN WIND"** with Indemnity Insurance Company of North America and statutory Pollution with Water Quality Insurance Syndicate:

Hull, Machinery* & War: Hull Value **$100,000** with **$5,000** deductible
*F.P.A. Machinery Clause Applies
P&I: **$250,000** Limit with **$2,500** Bodily Injury / **$5,000** Property Damage Deductibles
0 F/T  0 P/T Crew, Excludes all owners.
Excess Collision: **$150,000**
IINA Special Conditions for Commercial Fishing Vessels endorsement applies.
Navigation: **Inland & Coastal Waters of the Gulf of Maine – not to exceed ten (10) miles offshore.**
Lay Up: **none**
Pollution: **$500,000**
Total annual premium:   **$6,375.00   + $150.pollution = $6,525.00**\*\*
\*\*Primary Premium is Payable Quarterly or Financed.
   Pollution Premium is Payable Annually.
Included in this quote:
- A-RATED AMERICAN INSURANCE COMPANY
- KNOWLEDGEABLE AND EFFICIENT CLAIM SERVICE
- WE DO NOT INCREASE DEDUCTIBLE FOR WINDSTORM DAMAGE

An application has been enclosed for your convenience. Should you wish to bind coverage, please be reminded that a new condition and valuation survey of the vessel must be received. Thank for allowing us to provide you with the preceding marine insurance quote. Should you have any questions or require anything further, please do not hesitate to call.

Best regards,

Jane Saliba
Account Manager

| | | | | |
|---|---|---|---|---|
| | | | 9.00 | 325.00 |

Thank you for your business.

| PAY THIS AMOUNT ▶ | 325.00 |
|---|---|

COD. TOTAL WEIGHT :
2600.00 LB

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 420.00 |

Thank you for your business!

PAY THIS AMOUNT: 620.00

COD TOTAL WEIGHT: 4940.00 LB







**Northern Wind Inc.**
(508) 997-0727
FAX (508) 990-8702
P.O. BOX 40789 • NEW BEDFORD, MA 02744

TELECOPY

PURCH-ORD  97284  08/25/04
PAYMENT DUE BY  08/24/04

14:34 08/24/04

FROM:
Seth D. Wahlstrom
MA. #S2409-2004
P.O. Box 1302
Eastham, MA 02642
(508) 240-6249

SHIP TO: Northern Wind, Inc.  (MA6489)
16 Hassey Street
New Bedford, MA  02740

CHRISP

XXXXXXXXX  Exp:08/24/04     FOB DESTINATION

| | | | | | |
|---|---|---|---|---|---|
| 00EA | Surf Clams 1 BU Purch | | EA | 12.00 | 1,056.00 |
| 70500394 | 4336.6 mm | | | | |
| | 3520.00LB @ $0.30 | | | | |

Thank you for your business.

PAY THIS AMOUNT ▶ 1,056.00

C.O.D.  TOTAL WEIGHT : 3520.00 LB



# Northern Wind Inc.

(508) 997-0727
FAX (508) 990-8792

P.O. BOX 40144 • NEW BEDFORD, MA 02744

FILE COPY

| TRANSACTION | NUMBER | DATE | PAGE |
|---|---|---|---|
| PURCH-ORD | 97515 | 08/26/04 | 1 |

PAYMENT DUE BY 08/30/04

11:21-08/30/04

PURCH FROM
XXXXX  Seth D. Wahlstrom
XXXXX  Ma. #S2409-2004
       P.O. Box 1302
       Eastham, MA 02642
       (508) 240-6249

SHIP TO  Northern Wind, Inc.   (MA6487)
         16 Hassey Street
         New Bedford, MA 02740

CHRISP

| CUSTOMER NO. | CUSTOMER P.O. | SALES ORDER NO. | DATE SHIPPED | | | SHIPPED VIA | |
|---|---|---|---|---|---|---|---|
| repaid | XXXXXXXXX | Exp:08/30/04 | | | FOB DESTINATION | | |

| QUANTITY | PRODUCT | DESCRIPTION | U/M | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 215.00EA | 70300394 | Surf Clams 1 BU Purch<br>4339 9 LG<br>8600.00LB @ $0.13 | EA | 5.00 | 1,075.00 |

NO. 3857 (3/95)

Thank you for your business.

PAY THIS AMOUNT ▶ 1,075.00

C.O.D.   TOTAL WEIGHT =
         8600.00 LB



**Northern Wind Inc.**
(508) 997-0727
FAX (508) 990-8702
P.O. BOX 41143 · NEW BEDFORD, MA 02744
FILE COPY

| TRANSACTION | NUMBER | DATE | PAGE |
|---|---|---|---|
| PURCH-ORD | 97951 | 09/03/04 | 1 |

PAYMENT DUE BY ▶ 09/07/04

13:42-09/07/04

PURCH FROM:
Seth D. Macniatrom
BS2407-2004
P.O. Box 1302
Eastham, MA 02642
(508) 240-6248

SHIP TO: Northern Wind, Inc.   (MA6489)
16 Hassey Street
New Bedford, MA 02740

CHRISP

Eko:09/07/04          FOB DESTINATION

| | | | | | |
|---|---|---|---|---|---|
| EA | | Surf Clams 1 BU Purch | EA | 5.00 | 355.00 |
| | | NTB 8 | | | |
| | | 2840.00LB @ $0.13 | | | |
| EA | | Surf Clams 1 BU Purch | EA | 5.00 | 435.00 |
| | | SC47 7 | | | |
| | | 3480.00LB @ $0.13 | | | |

Thank you for your business.

PAY THIS AMOUNT ▶ 790.00

COD.  TOTAL WEIGHT : 6320.00 LB

**Northern Wind Inc.**
(508) 997-0727
FAX (508) 990-8792

P.O. BOX 40144 • NEW BEDFORD, MA 02744           FILE COPY

| TRANSACTION | NUMBER | DATE | PAGE |
|---|---|---|---|
| PURCH-ORD | 99198 | 09/09/04 | 1 |

PAYMENT DUE BY 09/10/04

14:43-09/10/04

PURCH FROM
XXXXX  Seth D. Wahlstrom
XXXXX  Ma. #S2409-2004
       P.O. Box 1302
       Eastham, MA 02642
       (508) 240-6249

SHIP TO  Northern Wind, Inc.   (MA6489)
         16 Hassey Street
         New Bedford, MA 02740

CHRISP

| CUSTOMER NO. | CUSTOMER P.O. | SALES ORDER NO. | DATE SHIPPED | SHIPPED VIA |
|---|---|---|---|---|
| prepaid | XXXXXXXXX | Exp:09/10/04 | | FOB DESTINATION |

| QUANTITY | PRODUCT | DESCRIPTION | UNIT | PRICE/AMOUNT | AMOUNT |
|---|---|---|---|---|---|
| 126.00EA | 70300394 | Surf Clams 1 BU Purch<br>4353 3 lg<br>5040.00LB @ $0.13 | EA | 5.00 | 630.00 |

NO. 3857 (3/95)
Thank you for your business.

PAY THIS AMOUNT ▶ 630.00

COD.   TOTAL WEIGHT :
       5040.00 LB



Northern Wind, Inc.
(508) 997-0127
FAX (508) 990-8702
P.O. BOX 40144 NEW BEDFORD, MA 02744

FILE COPY

| TRANSACTION | NUMBER | DATE | PAGE |
|---|---|---|---|
| PURCH-ORD | 90473 | 09/14/04 | 1 |

PAYMENT DUE BY 09/16/04

13:46 09/16/04

FROM:
John B. Wahlstrom
HB#407-2004
P.O. Box 1302
Eastham, MA 02442
(508) 240-4242

SHIP TO: Northern Wind, Inc. (MA6489)
16 Hassey Street
New Bedford, MA 02740

CHRISP

Ship 09/16/04        FOB DESTINATION

| DOEA | Surf Clams 1 BU Purch | EA | 3.00 | 324.00 |
|---|---|---|---|---|
|  | 4320.00LB @ $0.00 |  |  |  |

(3)

Thank you for your business.

PAY THIS AMOUNT ▶ 324.00

COD.    TOTAL WEIGHT :
        4320.00 LB



**Northern Wind Inc.**
(508) 997-0727
FAX (508) 990-9792
P.O. BOX 40144 • NEW BEDFORD, MA 02744
FILE COPY

PURCH FROM:
XXXXX Seth D. Wahlstrom
XXXXX Ma. #62409-2004
P.O. Box 1302
Eastham, MA 02642
(508) 240-6249

SHIP TO: Northern Wind, Inc.
16 Hassey Street
New Bedford, MA 02740

Prepaid  XXXXXXXXXX  Ship 09/17/04 - 09/17/04  FOB DESTINATION

| 96.00 EA | Surf Clams 1 BU Purch | | EA | 5.00 | 480.00 |
| | 4341 1 | | | | |
| | 3840.00LB @ $0.13 | | | | |

(4)

Thank you for your business.

PAY THIS AMOUNT ▶ 480.00

COD. TOTAL WEIGHT: 3840.00 LB

NO. 3857 (3/95)



| TRANSACTION | NUMBER | DATE | PAGE |
|---|---|---|---|
| PURCH-ORD | 98760 | 09/21/04 | 1 |

(508) 997-0727
FAX (508) 990-8792

**Northern Wind Inc.**
P.O. BOX 40144, NEW BEDFORD, MA 02744

FILE COPY

PAYMENT DUE BY ▶ 09/23/04

15:18-09/23/04

SOLD FROM:
Seth D. Wahlstrom
Eastham, MA 02409-2004
P.O. Box 1102
Eastham, MA 02642
(508) 240-4249

SHIP TO: Northern Wind, Inc.  (MA6489)
16 Hassey Street
New Bedford, MA 02740

CHRIS P

| | | 09/23/04 | | FOB DESTINATION | | | |
|---|---|---|---|---|---|---|---|
| 66.00 EA | 76500394 | Surf Clams 1 BU Purch<br>4884 4 lg<br>2640.00LB @ $0.15 | | | EA | 5.00 | 330.00 |

(5)

Thank you for your business.

PAY THIS AMOUNT ▶ 330.00

COD.   TOTAL WEIGHT : 2640.00 LB



