UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
                                                   :

NORTHERN WIND, INC.,                        :

           Plaintiff,                          :

v.                                            :        C. A. No. 04-12143RWZ

F/V NORTHERN WIND (O.N. 620851),  :
her engines, tackle, apparel, appurtenances,  :
etc., *in rem*, and SETH D. WAHLSTROM,  :        **APPLICATION FOR ENTRY**
*in personam*,                                :        **OF DEFAULT AGAINST**
                                                 :        **DEFENDANT VESSEL**
           Defendants.                      :
                                                 :        **IN ADMIRALTY**
---------------------------------------------------------x

THE CLERK OF THE ABOVE-NAMED DISTRICT COURT:

I, Norman A. Peloquin, II, attorney for plaintiff, Northern Wind, Inc., hereby state under the penalty of perjury pursuant to 28 USC §1746 that:

1.      The Verified Complaint in this matter seeks a judgment for affirmative relief against the *in rem* defendant, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, and appurtenances, including, but not limited to, her commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, privileges or entitlements arising from, issued to, attaching to, or appurtenant to the said vessel, in accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rule of Civil Procedure.

2. The United States Marshal for the District of Massachusetts, by and through his deputy, served the Warrant of *In Rem* Maritime Arrest upon defendant vessel on October 15, 2004, while the vessel lay afloat in Fairhaven, Massachusetts.

3. As stated in the undersigned's Affidavit of Notice of Action and Arrest to Vessel Owner, dated October 19, 2004, previously filed herein, plaintiff caused notice of this action and the vessel's arrest to the owner of the vessel, Mr. Seth D. Whahlstrom, 5970 Route 6, P.O. Box 1302, Eastham, Massachusetts, 02642, with true copies of the Verified Complaint, Order of *In Rem* Arrest of Defendant Vessel, *In Rem* Warrant of Maritime Arrest, and Order Appointing Substitute Custodian, by delivering copies of same by the United States Postal Service, certified mail, receipt requested.

4. The ten (10) day period within which the vessel owner, or any other person, may serve a verified claim asserting a right of possession or ownership interest in defendant vessel, or otherwise defend as to the Verified Complaint, pursuant to Rule C(6)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims, or any extension thereof agreed to by the parties, has expired.

5. Neither the vessel owner nor any other person has served a verified claim asserting a right of possession or ownership interest in defendant vessel, or otherwise sought to defend as to the Verified Complaint.

WHEREFORE, plaintiff, Northern Wind, Inc., by and through its attorney, respectfully make application that defendant vessel, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, and appurtenances, including, but not limited to, her commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, privileges or entitlements arising from, issued to, attaching to, or appurtenant to the said vessel, be defaulted in accordance with the provisions of Supplemental Rule C(6)(b) and Rule 55(b) of the Federal Rules of Civil Procedure.

I certify under the penalty of perjury that the foregoing is true and correct on this 27th day of October, 2004.

Respectfully submitted,

NORTHERN WIND, INC
By its attorney,

NORMAN A. PELOQUIN, II


/s/ Norman A. Peloquin, II
Norman A. Peloquin II
(BBO Bar No. 550872)
NORMAN A. PELOQUIN, II P.C.
Morad Building, 460 County Street
New Bedford, MA 02740-5107
Tel. (508) 991-2300
Fax (508) 991-8300

.