UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:
NORTHERN WIND, INC.,                                     :
:
            Plaintiff,                         :
:
v.                                                       :   C. A. No. 04-12143RWZ
:
F/V NORTHERN WIND (O.N. 620851),                         :
her engines, tackle, apparel, appurtenances,             :
etc., *in rem*, and SETH D. WAHLSTROM,                   :   **PLAINTIFF'S MOTION FOR**
*in personam*,                                           :   **INTERLOCUTORY SALE OF**
:   **DEFENDANT VESSEL**
            Defendants.                        :
:   **IN ADMIRALTY**
---------------------------------------------------------x

      NOW COMES plaintiff, Northern Wind, Inc., and, by and through its attorney, pursuant to Rule E(9)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure (hereinafter referred to as "Supplemental Rules"), moves for an order directing the United States Marshal for the District of Massachusetts to sell defendant vessel F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, and appurtenances, including, but not limited to, her commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, privileges or entitlements arising from, issued to, attaching to, or appurtenant to the said vessel (hereinafter referred to as "Vessel"), at public auction and to bring the proceeds of the sale into the Registry of this Honorable Court to abide the event of the action.

      As grounds for this motion, plaintiff states the following reasons:

      1.     The United States Marshal for the District of Massachusetts, by and through his deputy, arrested the Vessel on October 15, 2004 while she lay afloat in Fairhaven,

        Massachusetts, and thereafter, transferred possession of the Vessel to the court-appointed substitute custodian in this action, Fairhaven Shipyard and Marina, Inc.

2. No person, including the owner of the Vessel, Mr. Seth D. Wahlstrom of Eastham, Massachusetts, has filed a verified claim asserting a right of possession or ownership interest in the Vessel within the ten (10) day time period prescribed in Supplemental Rule C(6)(b), or any extension thereof agreed to by the parties, and that time period has expired.

3. No person has secured the Vessel's release by posting security within the time prescribed under Rule E(5) of the Supplemental Rules.

4. Plaintiff has contemporaneously filed an application for default against defendant Vessel herewith and that request remains pending.

5. Defendant Vessel is liable to continuing deterioration and decay; and

6. The expenses of this action and the keeping of defendant Vessel *in custodia legis* are continuing to accrue.

WHEREFORE, plaintiff, Northern Wind, Inc., respectfully requests that defendant vessel, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, and appurtenances, including, but not limited to, her commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, privileges or entitlements arising from, issued to, attaching to, or appurtenant to the said vessel, be condemned and sold at public auction for the highest price that can be obtained at a location, on a date, and at a time to be established by this Honorable Court. Plaintiff respectfully requests that this Court schedule a confirmation hearing on some convenient date thereafter.

      Plaintiff submits herewith a memorandum of law and proposed order of sale in further support of this motion.

| | |
|---|---|
| Dated: October 27, 2004 | Respectfully submitted, |
| | NORTHERN WIND, INC<br>By its attorney, |
| | NORMAN A. PELOQUIN, II |
| | /s/ Norman A. Peloquin, II<br>Norman A. Peloquin II<br>(BBO Bar No. 550872)<br>NORMAN A. PELOQUIN, II P.C.<br>Morad Building, 460 County Street<br>New Bedford, MA 02740-5107<br>Tel. (508) 991-2300<br>Fax (508) 991-8300 |