UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:
NORTHERN WIND, INC.,                                     :
:
        Plaintiff,                                    :
:
v.                                                       :   C. A. No. 04-12143RWZ
:
F/V NORTHERN WIND (O.N. 620851),                         :
her engines, tackle, apparel, appurtenances,             :
etc., *in rem*, and SETH D. WAHLSTROM,                   :   **ORDER FOR THE**
*in personam*,                                           :   **INTERLOCUTORY SALE OF**
:   **DEFENDANT VESSEL**
        Defendants.                                  :
:   **IN ADMIRALTY**
---------------------------------------------------------x

      TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS OR HIS DEPUTIES:

      WHEREAS, the expenses of the attachment and the keeping of the defendant vessel, F/V NORTHERN WIND (O.N. 620851), *in custodia legis* are continuing and include the fees of the United States Marshals Service and the court-appointed substitute custodian, Fairhaven Shipyard & Marina, Inc.; and

      WHEREAS, plaintiff, Northern Wind, Inc., has shown good cause for an interlocutory sale of defendant vessel; and

      WHEREAS, it is in the best interests of all concerned parties that defendant vessel be sold;

      Accordingly it is hereby ORDERED:

      That the defendant vessel, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, and appurtenances, including, but not limited to, her commercial fishing licenses,

permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, privileges or entitlements arising from, issued to, attaching to, or appurtenant to the said vessel(hereinafter referred to as "Vessel") shall be sold by the United States Marshal for the District of Massachusetts, or one of his deputies, at public auction, free and clear of all liens and encumbrances, to satisfy the costs and expenses of the United States Marshals Service, the substitute custodian, and plaintiff herein, and to satisfy, in whole or in part, the judgment which plaintiff and any other interested parties seek to have entered against the said Vessel in this matter.

YOU ARE THEREFORE COMMANDED TO:

1. Sell the defendant vessel, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, and appurtenances, including, but not limited to, her commercial fishing licenses, permits, limited entry rights, quotas, moratorium permits/licenses, and all other fishing rights, privileges or entitlements arising from, issued to, attaching to, or appurtenant to the said vessel, at public auction for the highest price that can be obtained, free and clear of all liens and encumbrances.  The public sale, which is subject to confirmation by the District Court, is to be held upon or adjacent to the Vessel which is located at Fairhaven Shipyard & Marina, Inc., 50 Fort Street, Fairhaven, Massachusetts 02719 on **Wednesday, December 22, 2004, at 12:00 p.m.**, local time.

2. Require plaintiff to give notice of the date, time, and place of the sale to (i) the vessel owner, all mortgagees, and all lien holders of record with the United States Coast Guard's National Vessel Documentation Center, by first class mail, postage prepaid; (ii) the public-at-large by publishing notice of the sale at least once per week for two successive weeks in the Boston Herald, the first notice to be published at least seven (7) days prior to the date of sale; and (iii) the public-at-large by publishing notice of the sale at least once per month in the national trade journal, Boats & Harbors, the first notice to be published at least seven (7) days prior to the date of the public sale.

3. Require the highest qualified bidder at the sale, a person eligible to own a documented vessel under Title 46 of the United States Code, to deposit with the United States Marshals Service the sum of $10,000.00 in cash or certified or bank check payable to the United States Marshal for the District of Massachusetts, with the balance to be paid at or before the confirmation hearing.

4. Allow plaintiff to credit bid the amount of its collective indebtedness owed by defendant vessel and its owner, at said public sale and deposit that amount with the United States Marshal in lieu of cash should it be the highest bidder.

5. Pay or deliver into the Registry of the District Court any and all monies or notes received as a result of the public sale.

6.      Prepare such documents and reports as may be necessary for the confirmation of sale by the District Court.  The confirmation hearing shall be held at the United States District Court for the District of Massachusetts at Boston on the ___ **day of _____ 200__, at _____ a.m./p.m.**  The time and date of the confirmation shall be set forth in the notice of sale to the owner of the vessel, all mortgagees, and all lien holders of record, and shall be announced to the public-at-large at the sale.

Dated at Boston, Massachusetts on this ____ day of November, 2004.

_____
Rya W. Zobel
United States District Judge

Presented by:

Norman A. Peloquin, II
Attorney for Plaintiffs
NORMAN A. PELOQUIN, II, P.C.
Morad Building, 460 County Street
New Bedford, MA 02740-5107
Tel. (508) 991.2300
Fax (508) 991-8300