UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
                                                         :
                                                         :
NORTHERN WIND, INC.,                                     :
                                                         :
        Plaintiff,                                      :
                                                         :
v.                                                       :   C. A. No. 04-12143RWZ
                                                         :
F/V NORTHERN WIND (O.N. 620851),                         :
her engines, tackle, apparel, appurtenances,             :
etc., *in rem*, and SETH D. WAHLSTROM,                   :   **CERTIFICATE OF SERVICE**
*in personam*,                                           :
                                                         :
        Defendants.                                     :
                                                         :   **IN ADMIRALTY**
---------------------------------------------------------x

TO THE CLERK OF THE ABOVE-NAMED DISTRICT COURT:

      I, Norman A. Peloquin, II, attorney for plaintiff, Northern Wind, Inc., hereby state under the penalty of perjury pursuant to 28 USC §1746 that on the 1st of November, 2004, I served copies of the following document by mailing same, first class, postage prepaid, to defendant, Seth D. Wahlstrom, 5970 Route 6, P.O. Box 1302, Eastham, Massachusetts 02642:  Application for Entry of Default Against Defendant Vessel (Docket No. 10); Plaintiff's Motion for Interlocutory Sale of Defendant Vessel (Docket No. 11); and Memorandum of Law in Support of Plaintiff's Motion for Interlocutory Sale of Defendant Vessel (Docket No. 12).

I certify under the penalty of perjury that the foregoing is true and correct on this 1st day of November, 2004.

/s/ Norman A. Peloquin, II
Norman A. Peloquin II
(BBO Bar No. 550872)
NORMAN A. PELOQUIN, II P.C.
Morad Building, 460 County Street
New Bedford, MA 02740-5107
Tel. (508) 991-2300
Fax (508) 991-8300

Attorney for plaintiff,
NORTHERN WIND, INC.

.