UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORTHERN WIND, INC.<br>        Plaintiff,<br><br>v.<br><br>F/V NORTHERN WIND (O.N. 620851)<br>    her engines, tackle,<br>    appurtenances, etc.<br>    *in rem*<br><br>and SETH D. WAHLSTROM *in personam,*<br>        Defendant. | C.A. No. 04-12143RWZ |

**MOTION TO AMEND**

      Now come the Defendants, Seth D. Wahlstrom and the F/V NORTHERN WIND and move to amend their claim, answer and counterclaims to conform to the rules of pleading. As grounds therefore, Defendants state that they filed initial pleadings *pro se,* without the assistance of an attorney, have been frustrated in their ability to obtain release of the vessel on their own, and now have retained counsel, who has prepared formal pleadings.

      There has been no action in this case and no party will suffer undue prejudice. Defendants have substantial defenses and counterclaims.

      For the foregoing reasons, the Defendants pray this Court allow them leave to file the attached Verified Amended Answer, Claim and Counterclaims

**Defendants,**
**F/V NORTHERN WIND and Seth D. Wahlstrom**
**By their Attorneys**

*/s/ Stephen M. Ouellette*
_____
Stephen M. Ouellette, Esquire
BBO No.: 543752
David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142