## SALES CONTRACT

1. NORTHERN WIND, INC. of 16 Hassey Street, New Bedford, Massachusetts ("the Buyer") and SETH D. WAHLSTROM, of 5970 Route Six, Eastham, Massachusetts ("the Seller") hereby enter into the following agreement.

2. For a period of five years from the date this Contract is executed, the Seller agrees to sell his entire harvest of Surf Clams from the F/V Miss Kara to the Buyer.

3. The Buyer agrees to pay the Seller Eighteen ($18.00) for each bushel of Surf Clams delivered to the Buyer during the above mentioned five year period.

4. The Seller acknowledges that as part of a separate Loan Agreement he has agreed that, until the loan is fully repaid, the Buyer may retain Two ($2.00) Dollars of the price per bushel listed in Paragraph 3 in a separate loan account that will be used to offset the principal and interest owed to the Buyer by the Seller.

Dated at New Bedford, Massachusetts, this _____ day of _____ 2000.

By_____
SETH D. WAHLSTROM
"Seller"

By_____
NORTHERN WIND, INC.
Ken Melanson, Treasurer