UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x
:
NORTHERN WIND, INC.,                                     :
:
       Plaintiff,                                :
:
v.                                                       :    C. A. No. 04-12143RWZ
:    **IN ADMIRALTY**
F/V NORTHERN WIND (O.N. 620851),                         :
her engines, tackle, apparel, appurtenances,             :
etc., *in rem*, and SETH D. WAHLSTROM,                   :
*in personam*,                                           :
:
       Defendants.                               :
:
---------------------------------------------------------x

## MOTION TO WITHDRAW PLAINTIFF'S APPLICATION FOR DEFAULT

NOW COMES plaintiff, Northern Wind, Inc., and, by and through its attorney, moves this Honorable Court for an order directing the Clerk of Court to withdraw plaintiff's Application for Entry of Default.

As grounds for this motion, plaintiff states the following reasons:

1. Plaintiff filed its Application for Entry of Default prematurely due to a miscalculation of the ten (10) day period for defendant to assert a right of possession or claim pursuant to Rule C(6)(b)(i)(A) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure as applied through Rule 6(a).

2. According to the Court's Docket, defendant Seth D. Wahlstrom filed a *pro se* Answer/Notice of Right of Possession on October 26, 2004 one (1) day before plaintiff filed its Application for Entry of Default.

WHEREFORE, plaintiff, NORTHERN WIND, INC., requests that this Honorable Court enter an order directing the Clerk of Court to withdraw plaintiff's Application for Entry of Default.

Dated: December 6, 2004          Respectfully submitted,

                                           NORTHERN WIND, INC.
                                           By its Attorneys,
                                           NORMAN A. PELOQUIN, II, P.C.

By:    /s/ Norman A. Peloquin
        Norman A. Peloquin, II, Esquire
        (BBO No. 550872)
        Morad Building, 460 County Street
        New Bedford, MA 02740-5107
        Tel. 508-991-2300
        Fax 508-991-8300