UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------x
                                                   :
NORTHERN WIND, INC.,                               :
                                                   :
              Plaintiff,                           :
                                                   :
v.                                                 :   C. A. No. 04-12143RWZ
                                                   :   IN ADMIRALTY
F/V NORTHERN WIND (O.N. 620851),                   :
her engines, tackle, apparel, appurtenances,       :
etc., in rem, and SETH D. WAHLSTROM,               :
in personam,                                       :
                                                   :
              Defendants.                          :
                                                   :
---------------------------------------------------x
```

**STIPULATION TO RELEASE DEFENDANT VESSEL**

NOW COME the parties in the above-captioned action, and by their respective attorneys and *pro se* litigant, move this Honorable Court pursuant to Rule E (5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for an order to release defendant vessel, F/V NORTHERN WIND, presently *in custodia legis* on the ground that defendants have provided security satisfactory to plaintiff, to wit: evidence of insurance.  The parties further stipulate and agree that the fees and expenses of the United States Marshals Service and the court-appointed substitute custodian, Fairhaven Shipyard & Marina, Inc., may be redeemed from the deposit heretofore provided to the United States Marshal by plaintiff, Northern Wind, Inc.

Dated: December 14, 2004

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| NORTHERN WIND, INC., | F/V NORTHERN WIND and |
| By its attorney, | SETH D. WAHLSTROM |
| NORMAN A. PELOQUIN, II, P.C. | By their attorneys, |
| | CIANCIULLI and OUELLETTE |

By:   /s/ Norman A. Peloquin, II                By:   /s/ Stephen M. Ouellette
      Norman A. Peloquin, II, Esquire              Stephen M. Ouellette
      (BBO No. 550872)                              (BBO No. 543752)
      460 County Street                             163 Cabot Street
      New Bedford, MA 02740                         Beverly, MA 01915
      Tel. (508) 991-2300                           Tel. 978-922-9933
      Fax (508) 991-8300                            Fax 978-922-6142

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
------------------------------------------------------- x
                                                        :
NORTHERN WIND, INC.,                                    :
                                                        :
                    Plaintiff,                          :
                                                        :
v.                                                      :       C. A. No. 04-12143RWZ
                                                        :       IN ADMIRALTY
F/V NORTHERN WIND (O.N. 620851),                        :
her engines, tackle, apparel, appurtenances,            :
etc., in rem, and SETH D. WAHLSTROM,                    :
in personam,                                            :
                                                        :
                    Defendants.                         :
                                                        :
------------------------------------------------------- x
```

**ORDER TO RELEASE DEFENDANT VESSEL**

This Court having reviewed the parties' joint Stipulation to Release the Defendant Vessel pursuant to Rule E (5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure on the grounds that defendants have provided security satisfactory to plaintiff, to wit: evidence of insurance.

Accordingly, it is:

ORDERED that the Clerk of this Court shall issue forthwith a warrant to release and re-deliver defendant vessel, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, appurtenances, etc., directing the United States Marshal for the District of Massachusetts to deliver the said vessel to the party from whom taken upon the satisfaction of the fees and expenses of the United States Marshals Service and the court-appointed substitute custodian, Fairhaven Shipyard & Marina, Inc.

Dated at Boston, Massachusetts on this ___ day of December, 2004.

_____
Rya W. Zobel,
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           :
NORTHERN WIND, INC.,                                       :
                                                           :
                Plaintiff,                                 :
                                                           :
v.                                                         :    C. A. No. 04-12143RWZ
                                                           :    IN ADMIRALTY
F/V NORTHERN WIND (O.N. 620851),                           :
her engines, tackle, apparel, appurtenances,               :
etc., in rem, and SETH D. WAHLSTROM,                       :
in personam,                                               :
                                                           :
                Defendants.                                :
                                                           :
-----------------------------------------------------------x
```

**WARRANT TO RELEASE DEFENDANT VESSEL**

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO THE MARSHAL OF OUR DISTRICT OF MASSACHUSETTS OR HIS DEPUTIES:

GREETINGS:

      WHEREAS, plaintiff, Northern Wind, Inc., filed its Verified Complaint in this Court against defendant vessel, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, appurtenances, etc.; and

      WHEREAS, the United States Marshal arrested the said vessel on process issued out of this Court on October 15, 2004; and

      WHEREAS, the parties hereto filed a joint stipulation to release the said vessel on December 14, 2004, pursuant to Rule E (5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

      WHEREAS, the parties further stipulate and agree that the fees and expenses of the United States Marshals Service and the court-appointed substitute custodian, Fairhaven Shipyard

-2-

& Marina, Inc., may be redeemed from the deposit heretofore provided to the United States Marshal by plaintiff, Northern Wind, Inc.

YOU ARE THEREFORE COMMANDED to return the said vessel, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, appurtenances, etc., to the party from whom taken upon the satisfaction of such fees and expenses.

Dated at Boston, Massachusetts this ___ day of December, 2004.

By Order:

TONY ANASTAS, Clerk of Court

By: _____
Deputy Clerk