UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------ x
: 
NORTHERN WIND, INC., :
:
         Plaintiff, :
:
v. : C. A. No. 04-12143RWZ
: **IN ADMIRALTY**
F/V NORTHERN WIND (O.N. 620851), :
her engines, tackle, apparel, appurtenances, :
etc., *in rem*, and SETH D. WAHLSTROM, :
*in personam*, :
:
         Defendants. :
:
------------------------------------------------------------ x

**ORDER TO RELEASE DEFENDANT VESSEL**

This Court having reviewed the parties' joint Stipulation to Release the Defendant Vessel pursuant to Rule E (5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure on the grounds that defendants have provided security satisfactory to plaintiff, to wit: evidence of insurance.

Accordingly, it is:

ORDERED that the Clerk of this Court shall issue forthwith a warrant to release and re-deliver defendant vessel, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, appurtenances, etc., directing the United States Marshal for the District of Massachusetts to deliver the said vessel to the party from whom taken upon the satisfaction of the fees and expenses of the United States Marshals Service and the court-appointed substitute custodian, Fairhaven Shipyard & Marina, Inc.

Dated at Boston, Massachusetts on this _____ day of December, 2004.

                                                     _____
                                                     Rya W. Zobel,
                                                     United States District Judge