**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Northern Wind, Inc. | COURT CASE NUMBER: 04-12143RWZ |
| DEFENDANT: F/V Northern Wind | TYPE OF PROCESS: |

DATE: 12/10/04   BY: DH

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David S. Smith
Crowell's & Ouellette
163 Cabot St.
Beverly, MA 01915

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Release vessel from custody
F/V Northern Wind (O.N. 620851)

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 978-927-9933   DATE: 12/14/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: Nancy Delaware | Date: 12/14/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 12/14/04 4:10 pm  Vessel F/V Northern Wind was released by Court Order  nt

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)



# U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

---

*John J. Moakley U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*
*(617) 748-2500*

December 14, 2004 (4:10pm)

NORTHERN WIND, INC.    CV-04-12143-RWZ

VS.

F/V NORTHERN WIND (O.N.620851), her engines, boilers, tackle, apparel, appurtenances, etc., in rem, and SETH D. WAHLSTROM, personam,

Claimant: <u>SETH D. WAHLSTROM,</u>

To: <u>Fairhaven Shipyard & Marina,</u> Keepers and Custodians in charge of the: <u>F/V NORTHERN WIND,</u> herein seized.

You will release from seizure and deliver to the Claimant the <u>F/V NORTHERN WIND,</u> herein seized.

_____
ANTHONY DICHIO
United States Marshal
District of Massachusetts



# U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

---

*John J. Moakley U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*
*(617) 748-2500*

*December 14, 2004 (4:12pm)*

 

I, ANTHONY DICHIO, United States Marshal for the District of Massachusetts, hereby certify and return that on this date I have delivered F/V NORTHERN WIND to SETH D. WAHLSTROM,

*[signature]*
ANTHONY DICHIO
UNITED STATES MARSHAL

BY: _____
Deputy U.S. Marshal

I, __David S. Smith__, hereby certify that on this date I received from ANTHONY DICHIO, United States Marshal for the District of Massachusetts, document for the release of F/V NORTHERN WIND.

*[signature]*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------------------------- x

NORTHERN WIND, INC.,

        Plaintiff,

v.

F/V NORTHERN WIND (O.N. 620851),
her engines, tackle, apparel, appurtenances,
etc., *in rem*, and SETH D. WAHLSTROM,
*in personam*,

        Defendants.

---------------------------------------------------- x

C. A. No. 04-12143RWZ
**IN ADMIRALTY**

## ORDER TO RELEASE DEFENDANT VESSEL

This Court having reviewed the parties' joint Stipulation to Release the Defendant Vessel pursuant to Rule E (5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure on the grounds that defendants have provided security satisfactory to plaintiff, to wit: evidence of insurance.

Accordingly, it is:

ORDERED that the Clerk of this Court shall issue forthwith a warrant to release and re-deliver defendant vessel, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, appurtenances, etc., directing the United States Marshal for the District of Massachusetts to deliver the said vessel to the party from whom taken upon the satisfaction of the fees and expenses of the United States Marshals Service and the court-appointed substitute custodian, Fairhaven Shipyard & Marina, Inc.

Dated at Boston, Massachusetts on this 14th day of December, 2004.

                                                      Rya W. Zobel,
                                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x

NORTHERN WIND, INC.,

    Plaintiff,

v.

F/V NORTHERN WIND (O.N. 620851),
her engines, tackle, apparel, appurtenances,
etc., *in rem*, and SETH D. WAHLSTROM,
*in personam*,

    Defendants.

------------------------------------------------------------x

C. A. No. 04-12143RWZ
**IN ADMIRALTY**

## WARRANT TO RELEASE DEFENDANT VESSEL

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO THE MARSHAL OF OUR DISTRICT OF MASSACHUSETTS OR HIS DEPUTIES:

GREETINGS:

  WHEREAS, plaintiff, Northern Wind, Inc., filed its Verified Complaint in this Court against defendant vessel, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, appurtenances, etc.; and

  WHEREAS, the United States Marshal arrested the said vessel on process issued out of this Court on October 15, 2004; and

  WHEREAS, the parties hereto filed a joint stipulation to release the said vessel on December 14, 2004, pursuant to Rule E (5)(c) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

  WHEREAS, the parties further stipulate and agree that the fees and expenses of the United States Marshals Service and the court-appointed substitute custodian, Fairhaven Shipyard

& Marina, Inc., may be redeemed from the deposit heretofore provided to the United States Marshal by plaintiff, Northern Wind, Inc.

YOU ARE THEREFORE COMMANDED to return the said vessel, F/V NORTHERN WIND (O.N. 620851), her engines, tackle, apparel, appurtenances, etc., to the party from whom taken upon the satisfaction of such fees and expenses.

Dated at Boston, Massachusetts this 14th day of December, 2004.

By Order:

TONY ANASTAS, Clerk of Court

By: _____
Deputy Clerk



-2-